UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| MEGAN KEMP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 4:23-cv-00071-SEB-KMB |
| | ) |
| SMPRETTY, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff, Megan Kemp, and Defendant, SMPretty, Inc., having filed a Joint Stipulation of Dismissal with Prejudice,

IT IS THEREFORE ORDERED that all claims asserted by Plaintiff in this matter are dismissed with prejudice, with each party to bear his/its own attorneys' fees and costs.

Date: 11/13/2023

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies:

Jason R. Ramsland
*jason@rams.land*

Michael W. Padgett
*michael.padgett@jacksonlewis.com*

4881-4211-2653, v. 1